UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 30, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EVAN WALTER SPROAT<br><br>　　　　Defendant. | Case No.  2:25-mj-0099 CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release EVAN WALTER SPROAT Case No. 2:25-mj-0099 CKD  Charges 18 USC § 3606 from custody for the following reasons:

　　　x　　　Release on Personal Recognizance

　　_____　Bail Posted in the Sum of $ _____

　　　　　　_____ Unsecured Appearance Bond $ _____

　　　　　　_____ Appearance Bond with 10% Deposit

　　　　　　_____ Appearance Bond with Surety

　　　　　　_____ Corporate Surety Bail Bond

　　　　　　_____ (Other): __

Issued at Sacramento, California on June 30, 2025 at 2:00 PM

　　　　　　　　　　　　　By:    /s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　Chief Magistrate Judge Carolyn K. Delaney